# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

DUSTIN NEAL BROWN,                                                                                PLAINTIFF
ADC #105750

v.                                          No. 4:12CV00106 JLH

MIKE BLAIN, Supervisor,
Pulaski County Sheriff's Office, et al.                                                      DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, and Judgment is entered in favor of Defendants on all claims set forth herein. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 6th day of April, 2012.

_J. Leon Holmes_
UNITED STATES DISTRICT JUDGE